FILED

SEP -1 PM 1:43

[U.S. DISTRICT COURT stamp]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF



CV 09 80 242 MISC

Danna Paje - #206055

_____/

**ORDER TO SHOW CAUSE**

It appearing that Danna Paje has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Danna Paje
Law Offices of Danna Paje
302-F Toyon Avenue, #269
San Jose, CA 95127